**UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE NPK FERTILIZER ANTITRUST LITIGATION | MDL No. 3187 |

**NOTICE OF ERRATA**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Nutrien Ltd. and Nutrien Ag Solutions, Inc. hereby file an Amended Schedule of Related Actions (**Exhibit 1**) and Amended Proof of Service (**Exhibit 2**), correcting the previously-filed and served documents (ECF Nos. 196-1, 196-2). In both amended filings, PPF Gin & Warehouse, LLC, PPF Farms, LLC, and Pilgrim Land Management, LLC are now identified as "Debtors / Plaintiffs." This Errata was filed at the request of the Clerk for the United States Judicial Panel on Multidistrict Litigation.

Dated: August 6, 2026

Respectfully submitted,

*/s/ David C. Kiernan*

David C. Kiernan
**Jones Day**
555 California Street 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5745
Email: dkiernan@jonesday.com

*Attorney for Nutrien Ltd. and Nutrien Ag Solutions, Inc.*