# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE NPK FERTILIZER ANTITRUST LITIGATION

MDL No. 3187

## AMENDED SCHEDULE OF RELATED ACTIONS

| No. | Debtors / Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | PPF Gin & Warehouse, LLC, PPF Farms, LLC, and Pilgrim Land Management, LLC | Nutrien Ag Solutions, Inc. and Nutrien Ltd. | United States Bankruptcy Court for the Eastern District of Texas (Sherman) | Adv. Proc. No. 26-04067 | Chief Judge Brenda T. Rhoades |

Dated: August 6, 2026

Respectfully submitted,

*/s/ David C. Kiernan*

David C. Kiernan
**Jones Day**
555 California Street 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5745
Email: dkiernan@jonesday.com

*Attorney for Nutrien Ltd. and Nutrien Ag Solutions, Inc.*