**UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE NPK FERTILIZER ANTITRUST LITIGATION | MDL No. 3187 |

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Potential Tag-Along with relevant attachments and this Proof of Service were electronically filed with the Clerk of the United States Judicial Panel on Multidistrict Litigation using CM/ECF systems and served upon all counsel of record by this Court's CM/ECF system or via U.S. First Class Mail.

Dated: August 6, 2026

Respectfully submitted,

*/s/ David C. Kiernan*

David C. Kiernan
**Jones Day**
555 California Street 26th Floor
San Francisco, CA 94104
Telephone: (415) 875-5745
Email: dkiernan@jonesday.com

*Attorney for Nutrien Ltd. and Nutrien Ag Solutions, Inc.*

**Service List**

| VIA CM/ECF | |
|---|---|
| Attorney for The Mosaic Company and Mosaic Fertilizer, LLC | Mark A. Ford<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br>mark.ford@wilmerhale.com |
| Attorney for CF Industries Holdings, Inc., CF Industries, Inc., and CF Industries Nitrogen, LLC | Christa C. Cottrell<br>**KIRKLAND & ELLIS LLP**<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>(312) 862-2000<br>ccottrell@kirkland.com |
| Attorney for Koch Fertilizer, LLC, Koch Agronomic Services, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, and Koch Industries, LLC | Michael Domenic Bonanno<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>555 13th Street NW, Suite 600<br>Washington, DC 20004<br>(202) 538-8000<br>mikebonanno@quinnemanuel.com |
| Attorney for Yara North America, Inc. and Yara International ASA | Heather P. Lamberg<br>**FRESHFIELD US LLP**<br>700 13th Street NW, 10th Floor<br>Washington, D.C. 20005<br>(202) 210-8639<br>heather.lamberg@freshfields.com |
| Attorney for Canpotex, Ltd. | Richard B. Brosnick<br>**AKERMAN LLP**<br>1251 Avenue of the Americas, 38th Floor<br>New York, NY 10020<br>(212) 880-3834<br>richard.brosnick@akerman.com |
| Attorney for The Fertilizer Institute | Peter G. Siachos<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>677 King Street, Suite 450<br>Charleston, SC 29403<br>(843) 714-2505 |

| | |
|---|---|
| | psiachos@grsm.com |
| Attorneys for Plaintiffs Melinda Matson, John Weidenaar, and Davis Ehrsam Farms, LLC | Rex A. Sharp<br>Isaac L. Diel<br>Hammons P. Hepner<br>**SHARP LAW, LLP**<br>4820 W. 75th Street Prairie<br>Village, KS 66208<br>(913) 901-0505<br>rsharp@midwest-law.com<br>idiel@midwest-law.com<br>hhepner@midwest-law.com |
| Attorneys for Plaintiff Buckman Farms, LLC | Richard M. Paul III<br>Ashlea G. Schwarz<br>Mary Jane Fait<br>Katherine Miles<br>**PAUL LLP**<br>600 Broadway Blvd., Suite 600<br>Kansas City, MO 64105<br>(816) 984-8100<br>Rick@PaulLLP.com<br>Ashlea@PaulLLP.com<br>MaryJane@PaulLLP.com<br>Katie@PaulLLP.com |

| | |
|---|---|
| Attorneys for Plaintiff Union Line Farms, Inc. | Jonathan S. Crevier<br>**DICELLO LEVITT LLP**<br>6645 South Cherry Way<br>Centennial, CO 80121<br>(646) 933-1000<br>jcrevier@dicellolevitt.com<br><br>Gregory S. Asciolla<br>Theodore Salem-Mackall<br>**DICELLO LEVITT LLP**<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>(646) 933-1000<br>gasciolla@dicellolevitt.com<br>tsalemmackall@dicellolevitt.com<br><br>Adam J. Levitt<br>**DICELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, IL 60602<br>(312) 214-7900<br>alevitt@dicellolevitt.com<br><br>Eric Olson<br>**OLSON GRIMSLEY KAWANABE HINCHCLIFF & MURRAY LLC**<br>700 17th Street, Suite 1600<br>Denver, CO 80202<br>(303) 535-9151<br>eolson@olsongrimsley.com |
| Attorney for Plaintiffs Jakob Stevens and Kyli Knickerbocker Stevens d/b/a Fire Creek Farms | Linda P. Nussbaum<br>**NUSSBAUM LAW GROUP, P.C.**<br>1225 Franklin Avenue, Suite 325<br>Garden City, NY 11530<br>(917) 438-9189<br>lnussbaum@nussbaumpc.com |

| | |
|---|---|
| Attorney for Plaintiff Wendelken Farms LC | Mark J. Dearman<br>**ROBBINS GELLER RUDMAN & DOWD LLP**<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>(561) 750-3364<br>mdearman@rgrdlaw.com |
| Attorney for Plaintiffs IIHAB Partnership and Book Farms | Benjamin J. Widlanski<br>**KOZYAK TROPIN THROCKMORTON LLP**<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Coral Gables, FL 33134<br>(305) 372-1800<br>bwidlanski@kttlaw.com |
| Attorneys for Plaintiff Michael Rumbold | James E. Cecchi<br>Zachary Jacobs<br>**CARELLA, BYRNE, CECCHIE, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>(973) 994-1700<br>jcecchi@carellabyrne.com<br>zjacobs@carellabyrne.com<br><br>Michael E. Criden<br>Lindsey C. Grossman<br>**CRIDEN&LOVE, P.A.**<br>2020 Salzedo Street, Suite 302<br>Coral Gables, FL 33134<br>(305) 357-9000<br>mcriden@cridenlove.com<br>lgrossman@cridenlove.com |
| Attorneys for Plaintiff Casey Carroll | Heidi M. Silton<br>Jessica N. Servais<br>Joseph C. Bourne<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>(612) 339-6900<br>hmsilton@locklaw.com<br>jnservais@locklaw.com<br>jcbourne@locklaw.com |

| | |
|---|---|
| Attorneys for Plaintiff Bradley Samuelson | Adam J. Zapala<br>Elizabeth T. Castillo<br>Christopher F. Jeu<br>Christian S. Ruano<br>Lauren Devens<br>**COTCHETT, PITRE& McCARTHY, LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>(650) 697-6000<br>azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br>cjeu@cpmlegal.com<br>cruano@cpmlegal.com<br>ldevens@cpmlegal.com |
| Attorney for Plaintiff David Carroll | Kimberly A. Justice<br>**JUSTICE JAGHER LONDON & MILLEN LLC**<br>923 Fayette Street<br>Conshohocken, PA 19428<br>(484) 243-6335<br>kjustice@jjlmlaw.com |
| Attorneys for Plaintiffs JS Farms, Inc., RH Grain Farms, LLC, Blake Drohman, Rudy Patzkowsky, Wallace Hatfield, and Steve Ray | Nicole A. Veno<br>**LOWEY DANNENBERG, P.C.**<br>44 S Broadway<br>White Plains, NY 10601<br>(914) 997-0500<br>nveno@lowey.com |
| Attorneys for Plaintiffs David Polifka and Steven Johnson and Lisa Marie Johnson, d/b/a Steven Johnson Farm | Patrick J. Stueve<br>Steve N. Six<br>Caleb J. Wagner<br>Benjamin J. Stueve<br>**STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>(816) 714-7100<br>stueve@stuevesiegel.com<br>six@stuevesiegel.com<br>wagner@stuevesiegel.com<br>ben.stueve@stuevesiegel.com |

| | |
|---|---|
| Attorneys for Plaintiff Dunham Family Farms | Michael J. Flannery<br>**CUNEO GILBERT FLANNERY& LADUCA, LLP**<br>Two City Place Drive, Second Floor<br>St. Louis, MO 63141<br>(314) 226-1015<br>mflannery@cuneolaw.com |
| Attorneys for Plaintiff Brian Miller | Richard F. Lombardo<br>Leland M. Shurin<br>George Cutucache<br>**SHAFFER LOMBARDO SHURIN**<br>2001 Wyandotte Street<br>Kansas City, Missouri 64108<br>(816) 931-0500<br>rlombardo@sls-law.com<br>lshurin@sls-law.com<br>gcutucache@sls-law.com |
| Attorney for Plaintiff Donald F. Deline d/b/a Deline Farms North, Delines Farms South and Deline Farms Partnership | Bryan L. Clobes<br>**CAFFERTY CLOBES MERIWETHER& SPRENGEL LLP**<br>135 S. LaSalle St., Suite 3210<br>Chicago, IL 60603<br>(312) 782-4880<br>bclobes@caffertyclobes.com |
| Attorneys for Plaintiffs Red River Ag, LLC and Jewett Farms LLC | Michael Dell'Angelo<br>Candice J. Enders<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>(215) 875-3000<br>mdellangelo@bergermontague.com<br>cenders@bergermontague.com |
| Attorneys for Plaintiff Dan Flaten | Daniel E. Gustafson<br>Daniel C. Hedlund<br>Michelle J. Looby<br>Anthony J. Stauber<br>**GUSTAFSON GLUEK PLLC**<br>120 S. 6th St., Ste. 2600<br>Minneapolis, MN 55402<br>(612) 333-8844<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com |

| | |
|---|---|
| | mlooby@gustafsongluek.com<br>tstauber@gustafsongluek.com |
| Attorneys for Plaintiff Fillingim Farms, Inc. | Jon A. Tostrud<br>Anthony M. Carter<br>**TOSTRUD LAW GROUP, P.C.**<br>1925 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>(310) 278-2600<br>jtostrud@tostrudlaw.com<br>acarter@tosrrudlaw.com |
| Attorneys for Plaintiff Steven Vohs | Amanda M. Williams<br>**BASSFORD REMELE, P.A.**<br>100 S. 5th St., Ste. 1500<br>Minneapolis, MN 55402<br>(612) 333-3000<br>awilliams@bassford.com |
| Attorneys for Plaintiffs Robert and Donna Koon d/b/a Edge-Wood Dairy | Laura Mummert<br>**LITE DEPALMA GREENBERG & AFA-NADOR, LLC**<br>1515 Market St., Ste. 1200<br>Philadelphia, PA 19102<br>(973) 623-3000<br>lmummert@litedepalma.com |
| Attorneys for Plaintiff Gilman Feed Company, Inc. | Nicholas J. Elia<br>Keith J. Verrier<br>Austin B. Cohen<br>**LEVIN SEDRAN & BERMAN LLP**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br>(215) 592-1500<br>nelia@lfsblaw.com<br>kverrier@lfsblaw.com<br>acohen@lfsblaw.com |
| Attorneys for Plaintiff Long Branch Farms LLC | Tyler W. Hudson<br>**WAGSTAFF & CARTMELL LLP**<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br>(816) 701-1100<br>thudson@wcllp.com |

| | |
|---|---|
| Attorneys for Plaintiff Live Oak Farms | Stephen R. Basser<br>Samuel M. Ward<br>**BARRACK, RODOS & BACINE**<br>600 W. Broadway, Suite 900<br>San Diego, CA 92101<br>(619) 230-0800<br>sbasser@barrack.com<br><br>William J. Ban<br>**BARRACK, RODOS & BACINE**<br>640 8th Avenue, 10th Floor<br>New York, NY 10036<br>(212) 688-0782<br>wban@barrack.com<br><br>Jeffrey A. Barrack<br>Danielle M. Weiss<br>Jordan LaPorta<br>**BARRACK, RODOS & BACINE**<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>(215) 963-0600<br>jbarrack@barrack.com<br>dweiss@barrack.com<br>jlaporta@barrack.com |
| Attorneys for Plaintiff JSB Farms, LLC | Charles R. Watkins<br>**GUIN & EVANS, LLC**<br>805 Lake St. #226<br>Oak Park, IL 60301<br>(312) 878-8391<br>cwatkins@guineveans.com<br><br>Garrett D. Blanchfield<br>Brant D. Penney<br>Roberta A. Yard<br>**REINHARDT WENDORF & BLANCHFIELD**<br>80 South 8th Street, Suite 900<br>Minneapolis, MN 55402<br>(651) 287-2100<br>g.blanchfield@rwblawfirm.com<br>b.penney@rwblawfirm.com<br>r.yard@rwblawfirm.com |

| | |
|---|---|
| Attorneys for Plaintiff Randy Toenjes | Adam J. Levitt<br>**DICELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>(312) 214-7900<br>alevitt@dicellolevitt.com<br><br>Gregory S. Asciolla<br>Theodore Salem-Mackall<br>**DICELLO LEVITT LLP**<br>485 Lexington Avenue, Suite 1001<br>New York, New York 10017<br>(646) 933-1000<br>gasciolla@dicellolevitt.com<br>tsalemmackall@dicellolevitt.com<br><br>Jonathan S. Crevier<br>**DICELLO LEVITT LLP**<br>6645 South Cherry Way<br>Centennial, Colorado 80121<br>(646) 933-1000<br>jcrevier@dicellolevitt.com |
| **VIA U.S. FIRST CLASS MAIL** | |
| Attorneys for Debtors / Plaintiffs PPF Gin & Warehouse, LLC, PPF Farms, LLC, and Pilgram Land Management, LLC | Brandon Tittle<br>Manolo Santiago<br>**TITTLE SANTIAGO, PLLC**<br>1125 Legacy Drive, Suite 230<br>Frisco, TX 75034<br>(972) 213-2316<br>btittle@tittlelawpllc.com<br>msantiago@tittlelawpllc.com |
| Attorneys for International Fertilizer Association | Michelle A. Mantine<br>Rafael Szmid<br>**REED SMITH LLP**<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>(412) 288-4268<br>mmantine@reedsmith.com<br>rszmid@reedsmith.com |

| | |
|---|---|
| Attorneys for Plaintiff Olin Leslie Click III d/b/a Click Farms | Robert J. Bonsignore<br>**BONSIGNORE TRIAL LAWYERS, PLLC**<br>23 Forest St.<br>Medford, Massachusetts 02155<br>(781) 350-0000<br>rbonsignore@classactions.us |